## Joan KRAJEWSKI, Respondent

v.

## Fred Paul GUSOFF, John Scanlon, Philly Online LLC, Philadelphia Newspapers, LLC, dba Broad Street Community Newspapers, and Broad Street Publishing LLC, Petitioners.

Supreme Court of Pennsylvania.

Aug. 29, 2013.

**120**

## ORDER

PER CURIAM.

AND NOW, this 29th day of August, 2013, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

a. May a Philadelphia City Council-woman recover for defamation based on an editorial, political cartoon, and letter to the editor that criticized her for accepting and keeping a $300,000 "DROP" retirement payment from the City (without actually retiring) at a time when the City was so financially distressed that a treasured library in her district was forced to close?

b. Does Pennsylvania recognize a cause of action for false light invasion of privacy by an elected official for publications discussing her public, not private, actions?

c. If Pennsylvania recognizes a false light invasion of privacy claim in such circumstances, may the claim proceed where the court has found that the First Amendment bars a defamation action based on the same publications?

Justice McCAFFERY did not participate in the consideration of this matter.